MCMANIMON SCOTLAND & BAUMANN, LLC
Andrea Dobin, Esq.
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 26-14896(CMG) |
| HERRERA, Andrea S., | : | |
| | : | Chapter 7 |
| Debtor | : | |
| ______________________________________ | : | |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION(S)**

Trustee Andrea Dobin objects to the exemptions claimed by the Debtor(s) under the subsections noted below for the reasons set forth for each section.

**[ XX ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(1) for the following reason(s):**

[ XX] The property proposed to be exempt is not used by the Debtor(s) or dependent(s) as a principal residence
[ ] The Debtor(s) have no ownership interest in the real estate proposed to be exempted.
[ XX ] The amount claimed as exempt exceeds the statutory exemption
[ ] OTHER:______________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(2) for the following reasons:**

[ ] The Debtor(s) have claimed an exemption in more than one vehicle per debtor.
[ ] The amount claimed as exempt exceeds the statutory exemption
[ ] OTHER:_______________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(3) for the following reasons:**

[ ] Based upon the Debtors' testimony, the Trustee believes that there is a good faith reason to believe that a particular item included in the claimed exemption exceeds the statutory per item cap
[ ] The items proposed to be exempt are not held by the Debtor for personal family or household use of the Debtor(s) or their dependents.
[ ] The amount claimed as exempt exceeds the statutory exemption.

[ ] OTHER:_____________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(4) for the following reasons:**

[ ] The items proposed to be exempt are not held by the Debtor for personal family or household use of the Debtor(s) or their dependents.
[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(5) for the following reasons:**

[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(6) for the following reasons:**

[ ] The property proposed to be exempt is not used by the Debtor as implements, professional books or tools of the trade of the debtor or dependent.
[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(7) for the following reasons:**

[ ] The life insurance contract proposed to be exempted is a whole life policy.
[ ] The life insurance has matured and paid and, thus, this subsection does not apply
[ ] OTHER:__________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(8) for the following reasons:**

[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(10) for the following reasons:**

[ ] The asset proposed to be exempt does not qualify as one of the enumerated types of payments entitled to be exempt for the following reason:_____________________________________

[ ] The Debtor's right to receive matured pre-petition and, thus, this exemption does not apply.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(11) for the following reasons:**

[ ] The amount claimed as exempt exceeds the amount necessary for the support of the Debtor or dependent.
[ ] The amount claimed as exempt relating to a personal bodily injury claim exceeds the statutory limit.
[ ] The amount claimed as exempt is not in compensation of loss of future earnings of the Debtor or an individual on whom the Debtor is dependent, but, rather, a loss of past earnings.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(12) for the following reasons:**

[ ] The funds claimed to be exempt are not an account exempt from taxation under one of the enumerated sections of the Internal Revenue Code.
[ ] OTHER:___________

**[ ] The Trustee objects to the Debtor's use of the "100% of fair market value, up to any applicable statutory limit" for the statutory subsections that identify a dollar value, particularly §5223(d)(5).**

**WHEREFORE,** the Trustee requests entry of an Order striking the improperly claimed exemption in its entirety with prejudice.

Respectfully submitted

**MCMANIMON SCOTLAND & BAUMANN, LLC**
COUNSEL TO ANDREA DOBIN, TRUSTEE

*/s/ Andrea Dobin*
Andrea Dobin