Steven K. Eisenberg, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(TRENTON DIVISION)**

| | |
|---|---|
| In Re:<br><br>Andrea S. Herrera aka Andrea Susana Herrera<br><br>Debtor(s) | Chapter 7<br><br>Case Number: 26-14896-CMG<br><br>Hearing: September 22, 2026 @ 10:00 AM |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO:

Andrea S. Herrera aka Andrea Susana Herrera
25-02 Old Millstone Drive
East Windsor, NJ 08520

Frances A. Tomes, Esquire
17 Broad Street
Suite 3
Freehold, NJ 07728

Andrea Dobin, Esquire
427 Riverview Plaza
Trenton, NJ 08611

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

PLEASE TAKE NOTICE THAT on September 22, 2026 @ 10:00 AM or as soon as counsel may be heard, the undersigned, attorneys for creditor, CrossCountry Mortgage, LLC (“Creditor”), by

its attorneys, Stern and Eisenberg PC, will move before the Honorable Christine M. Gravelle in Courtroom #3, United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608, for an Order granting Creditor relief from the automatic stay provisions of the Bankruptcy Code; modifying, terminating and vacating the automatic stay pursuant to 11 U.S.C. §362 (d) with respect to real property located at (and known as) 339 Paxson Ave, Hamilton, NJ 08690 (the "Property") in the Debtor(s)' possession and control. Creditor's Motion shall also request that the Order granting the foregoing relief allow Creditor to proceed with process or other lawful action against Debtor(s) necessary to recover possession of the Property and to otherwise exercise all rights under State and Federal Law in and to the Property, including without limitation, the right to foreclose, sell or otherwise transfer the Property. Creditor seeks to enforce its rights as more fully set forth in the mortgage and note dated 05/03/2022. Creditor will rely on the attached Certification in Support of this Motion. Creditor further seeks that in the event the instant case is dismissed or otherwise terminated (without discharge) that the Automatic Stay arising under any subsequent filing within a year of such dismissal be limited to 30 days unless extended by Court Order.

If you oppose the motion you must file a response within the time provided under the Rules of Bankruptcy Procedure and Local Rules. If you do not file a timely response then the requested relief may be entered without further hearing.

Respectfully Submitted:

By: */s/ Steven K. Eisenberg, ESQ.*
Steven K. Eisenberg, ESQ.
Stern & Eisenberg, PC
Counsel for Movant

Date: August 18, 2026