UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN K. EISENBERG, ESQ.
seisenberg@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

| | |
|---|---|
| In Re:<br><br>Andrea S. Herrera aka Andrea Susana Herrera | Case No.: 26-14896-CMG<br><br>Chapter: 7<br><br>Judge: Christine M Gravelle |

**CERTIFICATION OF CREDITOR REGARDING CALCULATION OF AMOUNT DUE**
**( NOTE AND MORTGAGE DATED May 3, 2022)**

Chastity Wilson, employed as Assistant Secretary by Rocket Mortgage LLC, as servicer for CrossCountry Mortgage, LLC, hereby certifies the following:

Recorded on May 10, 2022, in Mercer County, in Book 11737 at Page 239

Property Address: 339 Paxson Ave, Hamilton, NJ 08690

Mortgage Holder: CrossCountry Mortgage, LLC

Mortgagor(s)/ Debtor(s): Karl A Burrowes and Andrea S Herrera

**1. PAYOFF STATEMENT**

| | |
|---|---|
| Unpaid Principal Balance: | $ 273,681.10 |
| Accrued interest from n/a to n/a: | $ 3,819.46 |
| (Interest rate = n/a % per year; $ n/a per day x n/a days) | |
| Unearned interest from n/a to n/a : | $ 0.00 |
| Per diem interest from n/a to n/a : | $ 0.00 |
| Late Charges from n/a to n/a ($n/a /mo. x n/a mos.): | $ 0.00 |
| Attorney's fees and costs as of 08/07/2026: | $ 0.00 |

Advances through 08/07/2026 for:

| | |
|---|---|
| Real Estate Taxes: | $ SEE BELOW |
| Insurance premiums: | $ SEE BELOW |
| Other (Escrow Advances): | $ 0.00 |
| ***Sub-Total of Advances*:** | $ 0.00 |
| Less Escrow Monies: | ($0.00) |
| ***Net Advances:*** | $ 0.00 |
| Interest on advances from n/a to n/a: | $ 0.00 |
| Other charges (specify NSF Fees): | $ 30.00 |
| Less unearned interest: | ($0.00) |
| **TOTAL DUE AS OF :08/07/2026** | **$ 277,530.56** |

**Date of last payment:**

**II. EQUITY ANALYSIS (When appropriate)**

Estimated fair market value of real estate as of 04/30/2026: $ 460,000.00*

*Source: Debtor's Schedules (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

| | |
|---|---|
| 1.Real estate taxes as of 08/07/2026 | $0.00 |
| 2. First Mortgage (principal and interest), as of 08/07/2026 | $277,500.56 |
| 3. Second Mortgage (principal and interest), as of n/a | $0.00 |
| 4. Other (specify on separate exhibit): | $0.00 |
| **TOTAL LIENS :** | ($ 277,500.56) |
| **APPARENT EQUITY AS OF :08/07/2026** | $ 182,499.44 |

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: August 13, 2026

Signature
Rocket Mortgage LLC, as servicer for
CrossCountry Mortgage, LLC
Chastity Wilson
Assistant Secretary of
Rocket Mortgage, LLC
Affiant

*rev.8/1/15*