**Mercer County**
**Document Summary Sheet**

INSTR # 2024009635
A BK 1213 PG 221
RECORDED 03/13/2024 03:09:50 PM
PAULA SOLLAMI COVELLO, COUNTY CLERK
MERCER COUNTY, NEW JERSEY

MERCER COUNTY CLERK

MERCER COUNTY COURTHOUSE
209 SOUTH BROAD STREET
TRENTON NJ 08608

**Official Use Only**

| | |
|---|---|
| **Transaction Identification Number** | [redacted] |
| **Submission Date***(mm/dd/yyyy)* | 03/13/2024 |
| **No. of Pages** *(excluding Summary Sheet)* | 1 |
| **Recording Fee** *(excluding transfer tax)* | $40.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $40.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGES |

**Return Address** *(for recorded documents)*
NATIONWIDE TITLE CLEARING, LLC
2100 ALT 19
PALM HARBOR, FL 34683

**Municipal Codes**
HAMILTON TOWNSHIP HAT

**Batch Type** L2 - LEVEL 2 (WITH IMAGES)

[redacted]

**Additional Information (Official Use Only)**

**** DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MERCER COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

[redacted]

**Mercer County**
**Document Summary Sheet**

| | | | | | | |
|---|---|---|---|---|---|---|
| ASSIGNMENT OF MORTGAGES | **Type** | ASSIGNMENT OF MORTGAGES | | | | |
| | **Consideration** | | | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| | **Document Date** | 03/13/2024 | | | | |
| | **Reference Info** | | | | | |
| | **Book ID** | **Book** | **Beginning Page** | **Instrument No.** | **Recorded/File Date** | |
| | | 11737 | 239 | | | |
| | **MORTGAGOR** | **Name** | | **Address** | | |
| | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC A | | | | |
| | **ASSIGNEE** | **Name** | | **Address** | | |
| | | CROSSCOUNTRY MORTGAGE LLC | | | | |
| | **Parcel Info** | | | | | |
| | **Property Type** | **Tax Dist.** | **Block** | **Lot** | **Qualifier** | **Municipality** |
| | | | | | | |

**** DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MERCER COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

[redacted]

**When Recorded Return To:**
**Nationstar Mortgage LLC**
**C/O Nationwide Title Clearing,**
**LLC 2100 Alt. 19 North**
**Palm Harbor, FL 34683**

[redacted]

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all liens, and any rights due or to become due thereon to **CROSSCOUNTRY MORTGAGE, LLC, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage in the amount of $296,000.00, dated on 05/03/2022, made by **KARL A. BURROWES AND ANDREA S. HERRERA** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS**, and recorded on 05/10/2022, in Mortgage **Book 11737 and Page 239**, in the office of the Register of Titles and County Recorder in **MERCER** County, **New Jersey**.

Property is commonly known as: 339 PAXSON AVE HAMILTON TWP
HAMILTON, NJ 08690.

**Dated this 13th day of March in the year 2024.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS**

M Eichen

**MACKENZIE EICHEN**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 13th day of March in the year 2024, by Mackenzie Eichen as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT in his/her official capacity and being authorized to do so, executed the foregoing instrument for the purposes contained therein. He/she/they is (are) personally known to me.

Vicky McCoy

**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

NOTARY PUBLIC STATE OF FLORIDA

[redacted]