STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(TRENTON DIVISION)**

| | |
|---|---|
| In Re:<br><br>Andrea S. Herrera aka Andrea Susana Herrera<br><br>Debtor(s) | Chapter 7<br><br>Case Number: 26-14896-CMG<br><br>Hearing: September 22, 2026 @ 10:00 AM |

**Memorandum of Law is Support of Motion of CrossCountry Mortgage, LLC for Relief from the Automatic Stay under 11 U.S.C. §362(d) With Respect to the Real Property Located at 339 Paxson Ave, Hamilton, NJ 08690**

The issues presented in the instant motion are not complicated. Therefore, no memorandum of law is required.

Respectfully Submitted:

By: _/s/ Steven K. Eisenberg, ESQ._
Steven K. Eisenberg, ESQ.
Stern & Eisenberg, PC
Counsel for Movant