STEVEN K. EISENBERG, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(TRENTON DIVISION)**

| | |
|---|---|
| In Re:<br><br>Andrea S. Herrera aka Andrea Susana Herrera<br><br>Debtor(s) | Chapter 7<br><br>Case Number: 26-14896-CMG<br><br>Hearing: September 22, 2026 @ 10:00 AM<br><br>Judge: Christine M. Gravelle |

**CERTIFICATE OF SERVICE**

1. I, Steven K. Eisenberg, ESQ., am the attorney representing the Movant in the within Motion for Relief from Automatic Stay under §362(a) and of CrossCountry Mortgage, LLC.

2. On August 18, 2026 I caused the following documents: *Motion (certification), Proposed Order, Notice and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Respectfully Submitted:

By: *<u>/s/ Steven K. Eisenberg, ESQ.</u>*
Steven K. Eisenberg, ESQ.
Stern & Eisenberg, PC
Counsel for Movant

Date: August 18, 2026

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Andrea Dobin, Esquire<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:__________________<br>(as authorized by the Court*) |
| Frances A. Tomes, Esquire<br>17 Broad Street<br>Suite 3<br>Freehold, NJ 07728 | Debtor Counsel | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:__________________<br>(as authorized by the Court*) |
| Andrea S. Herrera aka Andrea Susana Herrera<br>25-02 Old Millstone Drive<br>East Windsor, NJ 08520 | Debtor(s) | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:__________________<br>(as authorized by the Court*) |
| U.S. Trustee, Esquire<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:__________________<br>(as authorized by the Court*) |