UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven K. Eisenberg, ESQ.
COUNSEL FOR MOVANT
seisenberg@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Andrea S. Herrera aka Andrea Susana Herrera

Debtor(s)

Case Number: 26-14896-CMG

Chapter: 7

Hearing Date: September 22, 2026

Judge: Christine M Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

[ ] Settled [ X ] Withdrawn

Matter: [Motion for Relief from Automatic Stay ]

| | |
|---|---|
| Date: August 20, 2026 | /s/Steven K. Eisenberg, Esq.<br>Steven K. Eisenberg, Esq. |